UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
ATLANTA Division

IN RE:                                              :   Case No.
Laura Pauline Pierre-Louis,                         :
      Debtor.                                     :   Chapter   7

**STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))**

      I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

___       I am unemployed; or

___       I am self-employed; or

___       My employer did not provide pay stubs. or

_x_       Other: I have only been employed for 1 month.

_____-
_____-
_____.

Dated: 03 / 09 / 2021                    *Laura Pierre-Louis* _____/s/
                                                               Laura Pauline Pierre-Louis

King & King Law, LLC
215 Pryor Street
Atlanta, Georgia 30303